UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Bowling Green DIVISION

Thomas Massie, et. al.

-vs-                                                Case No.: 1:22-cv-00031

CDC, et. al.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Catherine Cline, is permitted to argue or try this case in whole or in part as counsel for Thomas Massie/Plaintiffs.

March 21, 2022

H. Brent Brennenstuhl
United States Magistrate Judge