UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY (Bowling Green Division)

| | |
|---|---|
| HONORABLE THOMAS MASSIE, HONORABLE RAND PAUL, HONORABLE ANDY BIGGS, HONORABLE DAN BISHOP, HONORABLE LAUREN BOEBERT, HONORABLE ANDREW CLYDE, HONORABLE WARREN DAVIDSON, HONORABLE BOB GOOD, HONORABLE PAUL GOSAR, HONORABLE MARJORIE TAYLOR GREENE, HONORABLE BRIAN MAST, HONORABLE ALEX MOONEY, HONORABLE BARRY MOORE, HONORABLE RALPH NORMAN, HONORABLE BILL POSEY, HONORABLE MATT ROSENDALE, and HONORABLE CHIP ROY,<br><br>                   Plaintiffs,<br>   v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE P. WALENSKY in her official capacity as Director of Centers for Disease Control and Prevention; and SHERRI A. BERGER in her official capacity as Chief of Staff of Centers for Disease Control and Prevention,<br><br>                   Defendants. | Civil Action No.<br>1:22-cv-00031-BNB-HBB |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION WITH DECLARATION OF HON. RAND PAUL IN SUPPORT**

Plaintiffs, through Counsel, move this Court for a Preliminary Injunction enjoining the enforcement of Defendants' Mask Mandate, *See* 86 Fed. Reg. 8025, 8026 (Feb. 3, 2021).  A Memorandum in Support is attached hereto, which is incorporated by reference, and a proposed order is attached.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: March 23, 2022 | **SIRI & GLIMSTAD LLP** |

Aaron Siri (Pro Hac Vice)
Elizabeth A. Brehm (Pro Hac Vice)
Catherine Cline (Pro Hac Vice filed)
200 Park Avenue, 17th Floor
New York, New York 10166
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com
ccline@sirillp.com

Ursula Smith (Pro Hac Vice)
100 Congress Avenue, Suite 2000-4590
Austin, Texas 78701
Tel: (512) 265-5622
usmith@sirillp.com

**Chris Wiest, Attorney at Law, PLLC**

/s/Christopher Wiest_____
Christopher Wiest (KBA #90725)
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, Kentucky 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

*Attorneys for Members*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon each Defendant at their addresses (and the United States by service upon the U.S. Attorney and U.S. Attorney General), by priority U.S. mail, as well by CM/ECF, this 23 day of March, 2022.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)