UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY (Bowling Green Division)

| | |
|---|---|
| HONORABLE THOMAS MASSIE, HONORABLE RAND PAUL, HONORABLE ANDY BIGGS, HONORABLE DAN BISHOP, HONORABLE LAUREN BOEBERT, HONORABLE ANDREW CLYDE, HONORABLE WARREN DAVIDSON, HONORABLE BOB GOOD, HONORABLE PAUL GOSAR, HONORABLE MARJORIE TAYLOR GREENE, HONORABLE BRIAN MAST, HONORABLE ALEX MOONEY, HONORABLE BARRY MOORE, HONORABLE RALPH NORMAN, HONORABLE BILL POSEY, HONORABLE MATT ROSENDALE, and HONORABLE CHIP ROY, <br><br>　　　　　　　　　　　Plaintiffs, <br>v. <br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE P. WALENSKY in her official capacity as Director of Centers for Disease Control and Prevention; and SHERRI A. BERGER in her official capacity as Chief of Staff of Centers for Disease Control and Prevention, <br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:22-cv-00031-BNB |

**DECLARATION OF PLAINTIFF MEMBER RAND PAUL**

I, Rand Paul, declare as follows:

1. I am at least 18 years of age and am competent to testify. I have personal knowledge of the statements contained in this declaration.

2. I am a Plaintiff in this matter. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction filed concurrently herewith in this matter.

3. I frequently travel via commercial airlines in the United States subject to the Mask Mandate,[1] taking numerous flights per year. This includes flights that originate or arrive in the Western District of Kentucky.

4. I have frequently traveled, and continue to travel, via commercial airlines in the United States while the Mask Mandate has been in place. Pursuant to the Mask Mandate, I have been required to wear a mask while traveling through airports throughout the United States and on each commercial flight I have taken since the Mask Mandate was put in place except when eating or drinking for brief periods.

5. I do not want to wear a mask while traveling via commercial airlines and would not wear a mask if the Mask Mandate was not in place.

6. The Mask Mandate has required me to purchase and will require me to continue to purchase masks so that I can comply with the Mask Mandate while traveling via commercial airlines.

7. I support the right of individuals to make their own decisions as to whether to continue to wear a mask.

---

[1] "Mask Mandate" is defined as it is in the Memorandum of Law filed contemporaneously with this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 22 day of March 2022 at Washington, District of Columbia.

Rand Paul

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon each Defendant at their addresses (and the United States by service upon the U.S. Attorney and U.S. Attorney General), by priority U.S. mail, as well by CM/ECF, this 22nd day of March, 2022.

/s/ Christopher Wiest
Christopher Wiest (KBA 90725)