UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY (Bowling Green Division)

| | |
|---|---|
| HONORABLE THOMAS MASSIE, HONORABLE RAND PAUL, HONORABLE ANDY BIGGS, HONORABLE DAN BISHOP, HONORABLE LAUREN BOEBERT, HONORABLE ANDREW CLYDE, HONORABLE WARREN DAVIDSON, HONORABLE BOB GOOD, HONORABLE PAUL GOSAR, HONORABLE MARJORIE TAYLOR GREENE, HONORABLE BRIAN MAST, HONORABLE ALEX MOONEY, HONORABLE BARRY MOORE, HONORABLE RALPH NORMAN, HONORABLE BILL POSEY, HONORABLE MATT ROSENDALE, and HONORABLE CHIP ROY,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE P. WALENSKY in her official capacity as Director of Centers for Disease Control and Prevention; and SHERRI A. BERGER in her official capacity as Chief of Staff of Centers for Disease Control and Prevention,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:22-cv-00031-BNB-HBB |

## ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

The Court, having considered the submissions of the parties, hereby finds Plaintiffs' Motion for a Preliminary Injunction against the Defendants' Mask Mandate well taken, and **GRANTED**, for the grounds set forth in Plaintiffs' Motion and Reply, and pursuant to this Court's equitable powers and 5 U.S.C. § 705.

Defendants, Centers for Disease Control and Prevention, Rochelle P. Walensky, and

Sherri A. Berger, along with their officers, agents, servants, employees, and attorneys, and anyone acting in active concert or participation with them are hereby **ENJOINED** from enforcing or seeking to enforce Defendants' Mask Mandate, *See* 86 Fed. Reg. 8025, 8026 (Feb. 3, 2021).

IT IS SO ORDERED:

_____