## Other Orders/Judgments

1:22-cv-00031-GNS Massie et al v. Centers for Disease Control and Prevention et al

### U.S. District Court

### Western District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 3/15/2022 at 12:44 PM EDT and filed on 3/15/2022

**Case Name:** Massie et al v. Centers for Disease Control and Prevention et al
**Case Number:** 1:22-cv-00031-BJB
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**TEXT ORDER by Chief Judge Greg N. Stivers (EBOC) on 3/15/2022. Pursuant to 28 USC §455, the Court concludes that recusal in this case is required. IT IS HEREBY ORDERED that this matter is reassigned to the docket of Judge Benjamin Beaton for all further proceedings and disposition, pursuant to General Order 2020-27. Counsel are instructed to change the civil action number to reflect the initials (BJB) in place and instead of the initials (GNS) on all further pleadings.**

This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

**cc: Counsel of Record; Case Manager Judge Beaton (TJD)**

**1:22-cv-00031-BJB Notice has been electronically mailed to:**

Christopher D. Wiest    chris@cwiestlaw.com

Aaron Siri    aaron@sirillp.com

Elizabeth Ann Brehm    ebrehm@sirillp.com, ntenney@sirillp.com, wcox@sirillp.com

**1:22-cv-00031-BJB Notice will not be electronically mailed to.:**

Catherine Cline


Ursula Smith

Case 1:22-cv-00031-BJB-HBB   Document 20   Filed 04/04/22   Page 2 of 3 PageID #: 129

1:22-CV-31-BJB

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Room 120 William H. Natcher U.S. Courthouse
241 East Main Street
Bowling Green, KY 42101-2175

OFFICIAL BUSINESS

RECEIVED
JAMES J. VILT, JR. - CLERK
APR 04 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

NASHVILLE TN 370
16 MAR 2022 PM 4 L

Hasler
03/15/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 42101
011E10670078

RETURN TO SENDER
NOT AT THIS ADDRESS

S

Catherine Cline
200 Park Avenue, 17th Floor
New York, New York 10166

NIXIE    100    FE 1         0003/30/22
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 42101217099        *1559-05598-16-40

**FILED**
JAMES J. VILT, JR. - CLERK

APR 04 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY