## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY (Bowling Green Division)

| | |
|---|---|
| HONORABLE THOMAS MASSIE, HONORABLE RAND PAUL, HONORABLE ANDY BIGGS, HONORABLE DAN BISHOP, HONORABLE LAUREN BOEBERT, HONORABLE ANDREW CLYDE, HONORABLE WARREN DAVIDSON, HONORABLE BOB GOOD, HONORABLE PAUL GOSAR, HONORABLE MARJORIE TAYLOR GREENE, HONORABLE BRIAN MAST, HONORABLE ALEX MOONEY, HONORABLE BARRY MOORE, HONORABLE RALPH NORMAN, HONORABLE BILL POSEY, HONORABLE MATT ROSENDALE, and HONORABLE CHIP ROY, | Civil Action No. 1:22-cv-00031-BNB-HBB |

                                        Plaintiffs,

         v.

CENTERS FOR DISEASE CONTROL AND
PREVENTION; ROCHELLE P. WALENSKY in
her official capacity as Director of Centers for
Disease Control and Prevention; and SHERRI A.
BERGER in her official capacity as Chief of Staff
of Centers for Disease Control and Prevention,

                                        Defendants.

## JOINT STATUS REPORT

The parties, through Counsel, provide this status report, in accordance with this Court's order of March 25, 2022 [DE#19], as follows:

1. Plaintiffs will have a Reply to the Motion for Preliminary Injunction filed by April 15, 2022.

2. Neither party intends to call witnesses with respect to the motion for preliminary

injunction, and both agree that the motion can be resolved on the papers and oral argument.

3.  Both the Government and Plaintiffs are available both April 25 and April 26, 2022, for such an oral argument, and request, if it is acceptable to the Court, that the hearing be held telephonically or by zoom (however, the parties are available for an in person hearing if requested by the Court on those dates).

Respectfully Submitted,


/s/Aaron Siri_____                   /s/Johnny Walker_____
SIRI & GLIMSTAD LLP                             Johnny H. Walker
Aaron Siri (Pro Hac Vice)                       Michael J. Gerardi
Elizabeth A. Brehm (Pro Hac Vice)               Andrew F. Freidah
Catherine Cline (Pro Hac Vice)                  Stephen M. Pezzi
200 Park Avenue, 17th Floor                     Trial Attorneys
New York, New York 10166                        United States Department of Justice
Tel: (212) 532-1091                             Civil Division
aaron@sirillp.com                               Federal Programs Branch
ebrehm@sirillp.com                              1100 L Street NW
ccline@sirillp.com                              Washington, DC 20005
                                                Tel: (202) 305-8576
Ursula Smith (Pro Hac Vice)                     Email: Johnny.H.Walker@usdoj.gov
100 Congress Avenue, Suite 2000-4590            *Counsel for Defendants*
Austin, Texas 78701
Tel: (512) 265-5622
usmith@sirillp.com

/s/Christopher Wiest_____
Christopher Wiest (KBA #90725)
Chris Wiest, Attorney at Law, PLLC
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, Kentucky 41017
Tel: (513) 257-1895
chris@cwiestlaw.com
*Attorneys for Members*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have served a copy of the foregoing upon all parties by CM/ECF, this 8 day of April, 2022.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)