UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY (Bowling Green Division)

| | |
|---|---|
| HONORABLE THOMAS MASSIE, HONORABLE RAND PAUL, HONORABLE ANDY BIGGS, HONORABLE DAN BISHOP, HONORABLE LAUREN BOEBERT, HONORABLE ANDREW CLYDE, HONORABLE WARREN DAVIDSON, HONORABLE BOB GOOD, HONORABLE PAUL GOSAR, HONORABLE MARJORIE TAYLOR GREENE, HONORABLE BRIAN MAST, HONORABLE ALEX MOONEY, HONORABLE BARRY MOORE, HONORABLE RALPH NORMAN, HONORABLE BILL POSEY, HONORABLE MATT ROSENDALE, and HONORABLE CHIP ROY,<br><br>      Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE P. WALENSKY in her official capacity as Director of Centers for Disease Control and Prevention; and SHERRI A. BERGER in her official capacity as Chief of Staff of Centers for Disease Control and Prevention,<br><br>      Defendants. | Civil Action No. 1:22-cv-00031-BNB-HBB |

## CORRECTED JOINT STATUS REPORT

The parties, through Counsel, respectfully provide this status report, in accordance with this Court's order of March 25, 2022 [DE#19], directing them to "propos[e] mutually agreeable dates and times for either a telephonic or in-person status conference or preliminary-injunction hearing, as the parties deem appropriate," as follows:

1. Plaintiffs will have a Reply to the Motion for Preliminary Injunction filed by April

15, 2022.

2. Neither party intends to call witnesses with respect to the motion for preliminary injunction. The parties take no position on whether oral argument is appropriate and defer to the Court's preference.

3. Both the Government and Plaintiffs are available both April 27 and April 28, 2022, for oral argument should the Court deem it useful. The parties request, if it is acceptable to the Court, that the hearing be held by Zoom or telephonically (however, the parties are available for an in person hearing if requested by the Court on those dates).

Respectfully Submitted,

| | |
|---|---|
| /s/Aaron Siri_____ | BRIAN M. BOYTON |
| SIRI & GLIMSTAD LLP | Principal Deputy Assistant Attorney General |
| Aaron Siri (Pro Hac Vice) | |
| Elizabeth A. Brehm (Pro Hac Vice) | MICHAEL A BENNETT |
| Catherine Cline (Pro Hac Vice) | United States Attorney |
| 200 Park Avenue, 17th Floor | |
| New York, New York 10166 | ERIC B. BECKENHAUER |
| Tel: (212) 532-1091 | Assistant Branch Director |
| aaron@sirillp.com | |
| ebrehm@sirillp.com |  /s/ Johnny Walker_____ |
| ccline@sirillp.com | STEPHEN M PEZZI |
| Ursula Smith (Pro Hac Vice) | ANDREW F. FREIDAH |
| 100 Congress Avenue, Suite 2000-4590 | JOHNNY H. WALKER |
| Austin, Texas 78701 | MICHAEL J. GERARDI |
| Tel: (512) 265-5622 | Trial Attorneys |
| usmith@sirillp.com | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| /s/Christopher Wiest_____ | 1100 L Street NW |
| Christopher Wiest (KBA #90725) | Washington, D.C. 20530 |
| Chris Wiest, Attorney at Law, PLLC | Tel.: (202) 514-3183 / Fax: (202) 616-8460 |
| Chris Wiest, Attorney at Law, PLLC | Email: johnny.walker@usdoj.gov |
| 25 Town Center Blvd, Ste. 104 | |
| Crestview Hills, Kentucky 41017 | *Attorneys for Defendant* |
| Tel: (513) 257-1895 | |
| chris@cwiestlaw.com | |

*Attorneys for Members*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all parties by CM/ECF, this 8 day of April, 2022.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)