UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

THOMAS MASSIE, *et al.*,

           *Plaintiffs,*

v.

CENTERS FOR DISEASE
CONTROL AND PREVENTION, *et al.*,

           *Defendants.*

Civil Action No. 22-0031-BNB-HBB

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of the attached order entered in *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975 (M.D. Fla. Apr. 29, 2022) ("*Wall* Order"). The plaintiff in that case, like Plaintiffs here, sued to challenge the CDC's transportation mask order. The *Wall* Order granted summary judgment to the federal defendants. As relevant here, the court concluded that (1) the mask order falls within CDC's statutory authority under the Public Health Service Act, *Wall* Order at 7–20, and (2) a claim invoking the nondelegation doctrine "clearly lack[s] merit," *id.* at 6 & n.6.

\*     \*     \*

Dated:  April 29, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHAEL A BENNETT
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

 /s/ Johnny Walker
STEPHEN M PEZZI
ANDREW F. FREIDAH
JOHNNY H. WALKER
MICHAEL J. GERARDI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel.: (202) 514-3183 / Fax: (202) 616-8460
Email: johnny.walker@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I caused a true and correct copy of this filing to be served on counsel of record by filing it with the Court's CM/ECF system.

 /s/Johnny Walker
JOHNNY H. WALKER
Trial Attorney
United States Department of Justice