UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| THOMAS MASSIE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:22-0031 (BJB) |

## **ANSWER**

Defendants—the Centers for Disease Control and Prevention ("CDC"), the Director of the CDC, and the Chief of Staff of the CDC—hereby answer Plaintiffs' complaint, ECF No. 1, as follows.

1. Defendants admit that the complaint seeks review of the transportation mask order.[1]

2. Defendants admit that it has been two years since the virus that causes COVID-19 was first detected in the United States. The remainder of this paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

3. Defendants admit that the complaint seeks a declaration and an injunction. Defendants deny that Plaintiffs are entitled to such relief.

4. This paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

---

[1] Requirement for Persons to Wear Masks While on Conveyances and at Transportation Hubs, 86 Fed. Reg. 8,025 (Feb. 3, 2021).

5.   Defendants admit that Plaintiffs are members of Congress. Defendants lack knowledge or information sufficient to form a belief as to the truth of the other allegations in this paragraph.

6.   Admitted.

6.   This paragraph consists of legal conclusions, to which no response is required.[2]

7.   Defendants admit that the complaint brings claims against them solely in their official capacities, and lack sufficient knowledge or information to form a belief as to the residence of Senator Rand. The remainder of this paragraph consists of legal conclusions, to which no response is required.

8.   Denied. Defendants separately aver that the transportation mask order was signed on January 29, 2021; became effective at 11:59 p.m. on February 1, 2021; and was published in the Federal Register on February 3, 2021.

9.   This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

10.  This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

11.  This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants

---

[2] The complaint contains two paragraphs numbered 6. Defendants respond to them in the order in which they appear in the complaint.

respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

12. This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

13. This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

14. This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

15. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

16. This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

17. The second sentence is denied. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

18. Defendants incorporate by reference their responses to the previous paragraphs.

19. This paragraph consists of Plaintiffs' characterization of a statute, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

20. This paragraph consists of Plaintiffs' characterization of the transportation mask order, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the order for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

21. This paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

22. This paragraph contains Plaintiffs' characterization of a statute and legal authorities, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the statute and cited authorities for a full and accurate statement of their contents and deny any characterization inconsistent therewith. The remainder of this paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

23. This paragraph contains Plaintiffs' characterization of a statute and legal authorities, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the statute and cited authorities for a full and accurate statement of their contents and deny any characterization inconsistent therewith. The remainder of this paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

24. This paragraph contains Plaintiffs' characterization of a statute, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court

to the statute for a full and accurate statement of its contents and deny any characterization inconsistent therewith. The remainder of this paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

25. This paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

26. This paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

27. Defendants incorporate by reference their responses to the previous paragraphs.

28. This paragraph contains Plaintiffs' characterization of the Constitution, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the Constitution for a full and accurate statement of its contents and deny any characterization inconsistent therewith. The remainder of this paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

29. This paragraph contains Plaintiffs' characterization of a legal authority, to which no response is required; but to the extent a response is deemed necessary, Defendants respectfully refer the Court to the cited authority for a full and accurate statement of its contents and deny any characterization inconsistent therewith.

30. The third sentence consists of Plaintiffs' characterization of their claims, to which no response is required. The remainder of this paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

31. This paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

32. This paragraph consists of legal conclusions, to which no response is required; but to the extent a response is deemed necessary, Defendants deny Plaintiffs' assertions.

The remainder of the complaint sets forth Plaintiffs' prayer for relief, to which no response is required; but to the extent a response is deemed necessary, Defendants deny that Plaintiffs are entitled to any relief.

Defendants deny any and all allegations in the complaint not expressly admitted herein and to which a response is required.

| | |
|---|---|
| Dated: May 16, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MICHAEL A. BENNETT<br>United States Attorney<br><br>ERIC B. BECKENHAUER<br>Assistant Branch Director<br><br>  /s/ Johnny Walker  <br>STEPHEN M. PEZZI<br>ANDREW F. FREIDAH<br>MICHAEL J. GERARDI<br>JOHNNY H. WALKER (D.C. Bar #991325)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Rm. 12304<br>Washington, D.C. 20530<br>Tel.: (202) 514-3183 / Fax: (202) 616-8460<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

7

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of this filing to be served on counsel of record by filing it with the Court's CM/ECF system.

/s/Johnny Walker
JOHNNY H. WALKER
Trial Attorney
U.S. Department of Justice

*Counsel for Defendants*